UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. MAHONE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16CV1870 HEA |
| | ) | |
| DOUGLAS PRUDDEN, | ) | |
| | ) | |
| Respondent, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2245. Petitioner seeks to vacate three separate state court judgments, *Missouri v. Mahone*, No. 08SL-CR01376-01 (St. Louis County), *Missouri v. Mahone*, No. 1011-CR02348-01 (St. Charles County), and *Missouri v. Mahone*, No. 1111-CR06093-01 (St Charles County). Petitioner may not challenge more than one judgment in one petition. *See* 28 U.S.C. § 2254 Rule 2(e). As a result, Petitioner must file an amended petition addressing only one of the three cases. If he wishes to challenge all three of them, he must file separate petitions for the other judgments.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Petitioner a § 2254 form.

**IT IS FURTHER ORDERED** that Petitioner must fill out the § 2254 form and return it to the Court within twenty-one (21) days of the date of this Order. The form must address only one state court judgment.

**IT IS FURTHER ORDERED** that if Petitioner wishes to challenge other judgments, he must request additional forms from the Clerk.

**IT IS FURTHER ORDERED** that Petitioner's motion for leave to proceed in forma pauperis [ECF No. 5] is **MOOT**. He has paid the filing fee.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 3rd day of January, 2017.

                                                HENRY EDWARD AUTREY
                                     UNITED STATES DISTRICT JUDGE